UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DEBORAH MARIE ABNEY,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　Defendant. | Civil No. 3:19-cv-00689-MC<br><br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will direct the Administrative Law Judge to do the following:

- Reevaluate the medical opinion evidence, including the opinion of Richard Alley, M.D.; and

- Continue with the sequential evaluation process, as necessary. This may include reevaluating the claimant's residual functional capacity; reevaluating the claimant's ability to perform other work; making specific findings; explaining and resolving any conflicts; and obtaining vocational expert testimony.

Upon proper application, Plaintiff shall be eligible for attorneys' fees under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

IT IS SO ORDERED this 14th day of April, 2020.

　　　　　　　　　　　　　　　　　　　　　　　__s/Michael J. McShane_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

RENATA GOWIE, OSB #175273
Assistant United States Attorney

s/ Erin F. Highland
ERIN F. HIGHLAND
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-2495